UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:18-cr-0114-TRM-CHS-6 |
| | ) |
| CONNIE BELTRAN | ) |

## MEMORANDUM AND ORDER

CONNIE BELTRAN, ("Defendant") appeared for a hearing on April 30, 2024, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for an Offender Under Supervision ("Petition") in the above matter.

On April 23, 2024, it was determined in the N.D. of Georgia ("arresting district") that Defendant wished to be represented by an attorney and she qualified for appointed counsel. Federal Defender Services was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petition.

In the arresting district, the Government moved that Defendant be detained without bail pending her revocation hearing, Defendant requested a detention hearing in the arresting district, which was held on April 25, 2024. Defendant was released on a bond with conditions [Doc. 404, Page ID # 17-23]. Defendant was placed under oath and informed of her constitutional rights. Defendant waived her right to a preliminary hearing.

Based upon the Petition and waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of her condition of supervised release as alleged in the Petition.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petition for Warrant for Offender Under Supervision, they shall request a hearing before U.S. District Judge McDonough.

SO ORDERED.

ENTER.

s/ Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE